FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDY ELICE LORENTZEN (2),<br><br>Defendant. | NO: 2:20-CR-96-RMP-2<br><br>ORDER GRANTING MOTION TO AUTHORIZE PROBATION OFFICE TO REMOVE ANKLE-MONITOR AND MOTION TO EXPEDITE THE SAME |

BEFORE THE COURT is Defendant's Unopposed Motion to Authorize Probation Office to Remove Ankle-Monitor, ECF No. 142, and Motion to Expedite hearing on the same, ECF No. 143. The Court has reviewed the motions, the record, and is fully informed.

On June 4, 2021, Defendant was sentenced to 30 months imprisonment. ECF No. 138. Defendant has been designated to report to Danbury, Connecticut and travel plans are in place. ECF No. 142 at 1. Defendant moves to modify her conditions of release to allow for the removal of her ankle-monitor so that she does not incur additional charges for the device. *Id.*

ORDER GRANTING MOTION TO AUTHORIZE PROBATION OFFICE TO REMOVE ANKLE-MONITOR AND MOTION TO EXPEDITE THE SAME ~ 1

Assistant United States Attorney David Herzog does not oppose the request, and Probation Officer Eric Carlson takes no position on the request. *Id.* at 2.

Absent an objection from the Government and given Defendant's imminent term of incarceration, the Court finds good cause to modify Defendant's conditions of release and authorize the removal of Defendant's ankle-monitor.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Authorize Probation Office to Remove Ankle-Monitor, **ECF No. 142**, and Motion to Expedite the same, **ECF No. 143**, are **GRANTED**.

2. Defendant's conditions of release, ECF No. 40, are hereby modified to no longer include Electronic Monitoring or GPS Monitoring. The United States Probation Office is authorized to remove Defendant's ankle-monitor.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this order and provide copies to counsel and the U.S. Probation Office.

**DATED** July 8, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING MOTION TO AUTHORIZE PROBATION OFFICE TO REMOVE ANKLE-MONITOR AND MOTION TO EXPEDITE THE SAME ~ 2