UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lorentzen, Brandy Elice | Docket No. | 2:20CR00096-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandy Elice Lorentzen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 12th day of August 2020, under the following conditions:

<u>**Standard Condition #3:**</u> Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #1:**</u> Brandy Elice Lorentzen is alleged to have violated the conditions of pretrial release supervision by failing to surrender for her Court-imposed sentence on October 12, 2021.

On August 13, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Lorentzen. Ms. Lorentzen acknowledged an understanding of the conditions, which included standard condition number 3.

On June 3, 2021, Ms. Lorentzen appeared before the Honorable Rosanna Malouf Peterson, Senior U.S. District Court Judge, for the purpose of sentencing. The Court sentenced Ms. Lorentzen to a 30-month term of imprisonment followed by 4 years of supervised release. Subsequently, the Court allowed Ms. Lorentzen to surrender for service of sentence as designated by the Bureau of Prisons (BOP).

Initially, Ms. Lorentzen was designated to surrender to BOP custody on August 24, 2021. However, Ms. Lorentzen tested positive for COVID-19 and provided medical documentation stating she would need to quarantine through August 25, 2021. Due to this medical diagnosis, BOP extended Ms. Lorentzen's surrender date until September 15, 2021.

On September 15, 2021, the undersigned officer submitted a status report advising Ms. Lorentzen provided medical paperwork, dated September 14, 2021, stating she was suffering from shortness of breath and swelling in her legs. The medical paperwork also recommended Ms. Lorentzen continue isolation precautions until she was symptom free from her infection that occurred in August 2021. Subsequently, the Court extended Ms. Lorentzen's BOP surrender date until October 12, 2021.

Ms. Lorentzen failed to surrender to BOP custody on October 12, 2021. Her current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 13, 2021 |
| by: | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]　No Action
[X]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[X]　Defendant to appear before the Magistrate Judge.
[ ]　Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

10/13/2021
Date